IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD G. STINSON, ) | No. C 07-0324 MMC (PR) |
| Petitioner, ) | **ORDER STRIKING MOTION FOR SUMMARY JUDGMENT** |
| v. ) | |
| BOARD OF PRISON TERMS, et al., ) | **(Docket No. 8)** |
| Respondents. ) | |

On January 18, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a 2006 decision by the California Board of Prison Terms to revoke his parole. On February 26, 2007, petitioner wrote a letter informing the Court that the petition was the same as the petition in an earlier-filed habeas action, Stinson v. Board of Prison Terms, et al., No. C 07-0282 MMC (PR). On June 20, 2007, after reviewing the petitions filed in the two actions, the Court concluded that the petitions were identical. Consequently, the Court dismissed the instant action as duplicative of petitioner's earlier action, and directed the Clerk of the Court to close the file.

On August 8, 2007, petitioner filed in the above-titled action a document titled "Notice of Motion Summary Judgment with Undisputed Facts." Because this action is closed, the motion is hereby STRICKEN. All documents concerning the claims petitioner raised in the above-titled action must be filed by petitioner in Case No. 07-0282, the only

1  action in which those claims are pending.[1]
2  This order terminates Docket No. 8.
3  IT IS SO ORDERED.
4  DATED: November 8, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] The Court notes that petitioner has filed a motion for summary judgment, and a traverse, in Case No. C 07-0282.